In the Matter of the Claim of JOHN BOSCARINO, Respondent, against MILLER CABINET COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.*

McNAMEE, J. In view of the statements by the Court of Appeals in *Matter of Dalberth* v. *Iuppa & Battle Co.* (June 6, 1933, 262 N. Y. ——) I vote for affirmance.

In the Matter of the Claim of BENJAMIN ROTHMAN and Another, Respondents, against SURPRISE WET WASH LAUNDRY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH HEBERT, Respondent, against DENT FURNITURE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.†—Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, for a computation in accordance with *Matter of Remmert* v. *Weidenmeyer* (237 App. Div. 147; affd., 262 N. Y. ——) and *Matter of Budowski* v. *Atlas Steel Casting Co.* (237 App. Div. 667). Rhodes, Crapser and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent and vote to affirm.

In the Matter of the Claim of MOLLIE RICHARDS, Respondent, against J. A. MAHLSTEDT LUMBER AND COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN D. CAMPBELL, Respondent, against CRAINE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.‡—Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse the award and to dismiss the claim on the ground that the evidence shows that the claimant was an independen contractor.

In the Matter of the Claim of HUGH WILLIAMS, Respondent, against IMPERIAL PROPERTY COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, with instructions to modify the award by directing the compensation payments be terminated during the time that claimant is able to earn wages equal to or in excess of the amount received by him at the time of the injury. Rhodes, Crapser and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent and vote to affirm.